1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     BENJAMIN ROBERT GALLEGOS,                    No.  2:25-cv-0327 DAD CKD P

12                      Plaintiff,

13             v.                                    FINDINGS AND RECOMMENDATIONS

14     THAYER, et al.,

15                      Defendants.

16

17            Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. §

18     1983.  On March 20, 2025, plaintiff's amended complaint was dismissed with leave to file a

19     second amended complaint.  The second amended complaint was due on April 21, 2025.  Plaintiff

20     has not filed a second amended complaint.

21            Accordingly, IT IS HEREBY RECOMMENDED that:

22            1.  This action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P.

23                41(b).

24            2.  Plaintiff's request for injunctive relief, ECF No. 13, be denied as moot.

25            These findings and recommendations are submitted to the United States District Judge

26     assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27     after being served with these findings and recommendations, plaintiff may file written objections

28     with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

                                                    1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 30, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gall0327.fta

2