UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS, | No. 2:25-cv-00327-DAD-CKD (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITH LEAVE TO AMEND |
| THAYER, et al., | |
| Defendants. | (Doc. Nos. 13, 14) |

Plaintiff Benjamin Robert Gallegos is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 1, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice and that his motion for injunctive relief (Doc. No. 13) be denied as moot. (Doc. No. 14.) Specifically, the magistrate judge noted that on March 20, 2025, plaintiff's amended complaint was screened, dismissed for failing to state a cognizable claim, and that plaintiff was granted leave to file a second amended complaint within thirty (30) days of that order but had failed to do so. (*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*)

1

On May 14, 2025, plaintiff filed objections to the findings and recommendations in which he again merely states general allegations of being deprived mental health care and also complains of other conditions of his confinement, but provides no specific allegations.  Most importantly, plaintiff has never filed a second amended complaint with the court in an attempt to cure the previously noted pleading deficiencies.  Accordingly, plaintiff's objections provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 1, 2025 (Doc. No. 14) are adopted in full;

2. Plaintiff's motion for injunctive relief (Doc. No. 13) is denied as having been rendered moot by this order

3. This action is dismissed without prejudice due to plaintiff's failure to file a second amended complaint within the time provided by the court; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 15, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2